**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JUSTIN ROBERT DISTEFANO,

                              Plaintiff,                21 **CIVIL** 773 (AKH)

        -against-                              **JUDGMENT**

WILLIAM PLILER, Warden, FCI Otisville,

                              Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated July 5, 2021, the petition is dismissed; accordingly, the case is

closed.

**DATED:** New York, New York
          July 6, 2021


                                   **RUBY J. KRAJICK**
                              _____
                                 **Clerk of Court**
              **BY:**
                                   **Deputy Clerk**